IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENISHA RAY, O/B/O
Q.R., a Minor Child                                                                    PLAINTIFF

VS.                                    CASE NO. 06-CV-4064

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                          DEFENDANT

## JUDGMENT

Comes now the Court on this 18th day of January, 2007, in accordance with the Memorandum and Order filed in the above styled and numbered case on today's date, and hereby considers, orders and adjudges that Defendant's Unopposed Motion to Remand is granted. (Doc. No. 11). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, 42 U.S.C. § 405(g).

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer,* 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED, this 18th day of January, 2007.

                                                      /s/Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge