IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENISHA RAY o/b/o　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
QUAVONN RAY

　　　　v.　　　　　　　Civil No. 06-CV-4064

MICHAEL ASTRUE[1],
Commissioner, Social
Security Administration　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

On this 27th day of February, 2007, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,625.00 under *28 U.S.C. § 2412*.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/  Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　HONORABLE BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on January 20, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael L. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.